# OLIVER S. STORCH

ATTORNEY AT LAW
28TH FLOOR
120 BROADWAY
NEW YORK, NEW YORK 10271
E-MAIL: oliver.storch@verizon.net
www.oliverstorch.com

MEMBER OF N.Y. & CT. BARS

TELEPHONE: (212) 587-2383

April 11, 2022

**BY ECF**
The Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Stanislav Yakubov**
Docket No.: 22-CR-00206-ER-1

Your Honor:

Greetings.

Under the current conditions of release Mr. Yakubov's travel is restricted to SDNY and EDNY, with travel to any other jurisdiction requiring approval.

The Defense respectfully request that the Honorable Court permit Mr. Yakubov reasonable travel to Miami, Florida, for a pre-scheduled Passover family holiday with his wife and children, from April 18th, 2022, to April 25th, 2022.

Pre-Trial Services Officer Karina Vilefort has no objection to said travel request and has indicated that to date, Mr. Yakubov has been fully compliant with the terms of his release.

AUSA Matthew Andrews' position is to defer to U.S. Pre-Trial Services.

Thank you for your consideration.

Respectfully submitted,

_____
Oliver S. Storch, Esq.

SO ORDERED:

*[signature]*

United States District Court Judge
Dated: April 11, 2022

OS/gp
cc: AUSA Matthew Andrews