

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2022

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Stanislav Yakubov,*
                 22 Cr. 206 (ER)

Dear Judge Ramos:

      The parties write to request that the Court move the initial conference in this matter from 2:00pm to 3:30pm on April 14, 2022. The Government has a sentencing at 2:00pm in another matter that should not last longer than an hour.

      Thank you for your consideration of this request.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

        By:       /s/
                MATHEW ANDREWS
                Assistant United States Attorney
                Tel.   (212) 637-6526
                mathew.andrews@usdoj.gov