USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __5/24/2022__

**MEMO ENDORSED**          May 23, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

                Re: *United States v. Stanislav Yakubov*, 22 Cr. 206 (ER)

Dear Judge Ramos:

      I respectfully write on behalf of defendant Stanislav Yakubov to request a temporary modification of the travel restrictions that are part of his bail conditions. I have conferred with the Government and Pretrial Services and they consent to this request.

      Mr. Yakubov's travel is currently restricted to the Southern and Eastern Districts of New York. Mr. Yakubov would like to travel with his wife to the Southern District of Florida from the evening of May 25, 2022 to May 29, 2022. Counsel has provided Mr. Yakubov's Pretrial Services Officer with information regarding his travel and lodging for this trip.

      Thank you for your consideration of this request.

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Max Nicholas
                                                  Attorney for Stanislav Yakubov

---

Mr. Yakubov's request for a temporary modification of bail to travel is granted.
SO ORDERED.

                                                  _____
                                                  Edgardo Ramos, U.S.D.J
                                                  Dated: __5/24/2022__
                                                  New York, New York