**SPEARS & IMES** LLP

767 Third Avenue
New York, NY 10017
tel  212 213-6996

**MEMO ENDORSED**

August 5, 2022

**BY ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Stanislav Yakubov*, 22 Cr. 206 (ER)

Dear Judge Ramos:

    I respectfully write on behalf of defendant Stanislav Yakubov to request a temporary modification of the travel restrictions that are part of his bail conditions.  I have conferred with the Government and Pretrial Services and they consent to this request.

    Mr. Yakubov's travel is currently restricted to the Southern and Eastern Districts of New York.  Mr. Yakubov would like to accompany his wife and children on a family trip to the Southern District of Florida from August 22, 2022 to August 30, 2022.  Counsel is providing Mr. Yakubov's Pretrial Services Officer with information regarding the flights and lodging that he would have for the trip.

    Thank you for your consideration of this request.

Respectfully submitted,

_____/s/_____
Max Nicholas
Attorney for Stanislav Yakubov

The application for modification of bail is granted.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  ___8/5/2022_____
New York, New York