

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

August 23, 2022

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Stanislav Yakubov,*
             22 Cr. 206 (ER)

Dear Judge Ramos:

    The parties write to jointly request a trial date in the above captioned matter for either the middle of January 2023 or the beginning of April 2023. Defense counsel is unavailable in February and March 2023. The parties further jointly request an exclusion of time to permit defense counsel to continue to review discovery and for the parties to discuss a potential pretrial resolution.

    Thank you for your consideration of this request.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

            By:         /s/
                  MATHEW ANDREWS
                  Assistant United States Attorney
                  Tel.   (212) 637-6526
                  mathew.andrews@usdoj.gov

---

A jury trial is scheduled to commence on January 23, 2023 at 9:30 a.m.  Motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict sheet are due December 22, 2022.  Responses thereto are due January 5, 2023.  A final pretrial conference will be held on January 19, 2023 at 2:00 p.m.  Speedy trial time is excluded from August 23, 2022 until January 23, 2023, in the interest of justice.

SO ORDERED.

                                          _____
                                          Edgardo Ramos, U.S.D.J
                                          Dated:   8/23/2022
                                          New York, New York