# SPEARS & IMES LLP

767 Third Avenue  
New York, NY 10017  
tel  212 213-6996  
fax 212 213-0849

Max Nicholas  
tel 212-213-1715  
mnicholas@spearsimes.com

# MEMO ENDORSED

December 20, 2022

**BY ECF**

The Honorable Edgardo Ramos  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

> Mr. Yakubov's application to travel, as detailed below, is granted.
> SO ORDERED.
> 
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/21/2022
> New York, New York

Re:    *United States v. Stanislav Yakubov*, S1 22 Cr. 206 (ER)

Dear Judge Ramos:

    We respectfully write on behalf of defendant Stanislav Yakubov to request that the restrictions on his travel be modified to allow him to travel to the Southern District of Florida for the period December 26, 2022 to January 3, 2023, in order to celebrate his daughter's Bat Mitzvah with family members in that District. The Pretrial Services Office and the Government consent to this request.

    Thank you for your consideration of this request.

Respectfully submitted,

_____/s_____  
Max Nicholas  
Kiersten Meehan  
Attorneys for Stanislav Yakubov

cc:    All Counsel via ECF