**MOSKOWITZ COLSON
GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

April 2, 2024

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Stanislav Yakubov*, 22 Cr. 206 (ER)

Dear Judge Ramos:

This letter is respectfully submitted on behalf of the defendant, Stanislav Yakubov, to request that the Court direct the Pretrial Services Agency to return Mr. Yakubov's passport, that it has maintained in its possession since his arrest.

On September 7, 2023, Your Honor sentenced Mr. Yakubov, and he surrendered on November 18, 2023. Mr. Yakubov's family have been advised that if they want Mr. Yakubov's passport returned, they must obtain a Court Order authorizing its return. Accordingly, by this letter, I am requesting that the Court direct the Pretrial Services Agency to return Mr. Yakubov's passport to his family as soon as possible.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (cell)

---

Pretrial Services is respectfully directed to return Mr. Yakubov's passport to his family.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  4/2/2024
New York, New York