# Steve Zissou & Associates

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

June 25, 2026

**BY ECF**

The Honorable Edgardo Ramos
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** , pg. 2.

> Re:    *United States of America v. Stanislav Yakubov*, Case No. 22 Cr. 206 (ER)
>        Unopposed Request to Travel

Your Honor,

I respectfully write on behalf of Stanislav Yakubov to request that he be permitted to travel with his family to Greece from Thursday, July 2, 2026, to Sunday, July 12, 2026. He and his wife are members of the wedding party in a renewal ceremony of dear family friends, and the vows will be renewed in Athens.

Counsel apologizes for filing this request so close to the proposed travel date. As an initial matter, I was only retained today by Mr. Yakubov. He made a timely request for travel with his original probation officer on June 1, 2026, providing a complete itinerary and providing travel information. However, he had not been informed that he had been transferred to the Low Intensity Unit of the Eastern District of New York, where he resides, and had thus been assigned to a new probation officer, Angelika Isidro. Once he learned he had been transferred to a new officer, he promptly reached out to Ms. Isidro, who reviewed his request and informed him that it had been transferred to the Southern District of New York for approval.

Since the travel is international, it inherently requires court approval, which Mr. Yakubov did not previously realize. I am thus writing to the Court directly, on Mr. Yakubov's behalf, to seek that approval. Specifically, for this family vacation, as his probation officer knows, Mr. Yakubov and his wife Yekaterina Suleymanov would be traveling with his cousins and friends Roman Kusayev, Radmilla Shimanov, Zina Isakov, Tony Isakov, Russel Nektalov, and Rachel Nektalov, as well as the couple renewing their vows, Marlene Kandov and Roman Isakov. They would be departing on Delta Air Lines Flight 202, which departs from John F. Kennedy International Airport at 3:10 PM on July 2, 2026, and arrives at Athens International Airport the next day at 7:50 AM. They would be returning on Delta Air Lines Flight 213, which departs from Athens International Airport at 3:30 PM on July 12, 2026, and arrives at John F. Kennedy International Airport on the same day at 7:50 PM.

As Mr. Mr. Yakubov's probation officer is aware, Mr. Kusayev and his friends will be covering the expenses for this trip in full.

I have discussed this request with Supervising Probation Officer Angelika Isidro; I was advised that she does not object.

Thank you for your consideration in this matter.

Respectfully submitted,

Steve Zissou, Esq.

SZ/jc

Permission to travel is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 6/25/2026
New York, New York