**Steve Zissou & Associates**

42-40 Bell Boulevard | Suite 302 | Bayside | New York | 11361 | 718.279.4500 | stevezissou@stevezissouesq.com

August 5, 2026

**BY ECF**

MEMO ENDORSED

The Honorable Edgardo Ramos
United States District Court
500 Pearl Street
New York, NY 10007

Re: *United States of America v. Stanislav Yakubov*, Case No. 22 Cr. 206 (ER)
Unopposed Request to Travel

Your Honor,

I respectfully write on behalf of Stanislav Yakubov to request that he be permitted to travel with his family to the Caribbean from Sunday, August 23, 2026, to Sunday, August 30, 2026. Mr. Yakubov is under the supervision of the Probation Department's Low Intensity Unit; he submitted his itinerary in June, and I was informed today by his supervising officer that the Probation Department does not object. However, since the travel is international, it inherently requires court approval; I am writing on Mr. Yakubov's behalf, to seek that approval.

Mr. Yakubov and his wife Yekaterina Suleymanov would be traveling with their children. They would be departing on JetBlue Flight 599, which departs from LaGuardia Airport at 10:00 AM on August 23, 2026, and arrives at Orlando International Airport at 9:52 AM. From there, they would board the Royal Caribbean "Eastern Caribbean" cruise, which will be stopping in the Bahamas and St. Maarten as well as Puerto Rico. They would be returning on JetBlue Flight 698, which departs from Orlando International Airport at 12:16 PM on August 30, 2026, and arrives at LaGuardia Airport on the same day at 2:59 PM.

I have discussed this request with Supervising Probation Officer Angelika Isidro; I was advised that she does not object.

Thank you for your consideration in this matter.

Respectfully submitted,

Steve Zissou, Esq.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 8/5/2026
New York, New York

SZ/jc